08 JUN 16 AM 8:57

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

MARIA MORONES, Defendant.

Civil No. 08CV1003

PRAECIPE

TO THE CLERK:

Please issue an Abstract of Judgment.

CLAUDIA VAZQUEZ
Legal Assistant
Ext. 5730

Date issued: 6/16/08